**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INVITATION CONSULTANTS, INC.,<br><br>Defendant. | ) | CIVIL ACTION FILE<br>NO.: 8:15-CV-02750-VMC-MAP<br><br>MDL NO.: 2690<br><br>JURY TRIAL DEMANDED |

**DEFENDANT INVITATION CONSULTANTS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Invitation Consultants, Inc. ("Defendant"), by and through its undersigned counsel, respectfully submits its Answer to the Complaint and Jury Demand ("Complaint") filed by Plaintiff High Quality Printing Inventions, LLC ("Plaintiff") as follows:

## I. THE PARTIES

1.

Defendant admits that, upon information and belief, Plaintiff is a Delaware limited liability company.

2.

Defendant admits that it is a Florida corporation with its principal place of business located at 4062 Henderson Blvd., Tampa, Florida 33629. Defendant admits that it does business in Florida, including in this district. Defendant admits that process may be served upon its registered agent, Allison C. Demeulder at 2811 W. Morrison Avenue, Tampa, Florida 33629.

## II. NATURE OF ACTION

3.

¶ 3 of Plaintiff's Complaint calls for a legal conclusion and does not require a response from Defendant.

## III. JURISDICTION AND VENUE

4.

Defendant admits that the Complaint purports to set forth a claim for patent infringement arising under Title 35 of the United States Code. Defendant admits that this Court has subject matter jurisdiction over this action under Title 28 of the United States Code, §§ 1331 and 1338(a).

5.

Defendant admits that venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). Defendant admits that it has a regular and established place of business in this district and has transacted business in this district, but Defendant denies the allegations that it has committed acts of patent infringement in this district.

6.

Defendant only admits that this Court has general personal jurisdiction over Defendant for the purpose of this action. Defendant denies all remaining allegations of ¶ 6 of Plaintiff's Complaint.

## IV. GENERAL SUMMARY OF THE TECHNOLOGY AT ISSUE

7.

Defendant lacks sufficient knowledge to either admit or deny the allegations of ¶ 7 of Plaintiff's Complaint. To the extent a response is required, Defendant denies all allegations in ¶ 7 of the Complaint.

8.

Defendant lacks sufficient knowledge to either admit or deny the allegations of ¶ 8 of Plaintiff's Complaint. To the extent a response is required, Defendant denies all allegations in ¶ 8 of the Complaint.

9.

Defendant lacks sufficient knowledge to either admit or deny the allegations of ¶ 9 of Plaintiff's Complaint. To the extent a response is required, Defendant denies all allegations in ¶ 9 of the Complaint.

10.

Defendant lacks sufficient knowledge to either admit or deny the allegations of ¶ 10 of Plaintiff's Complaint. To the extent a response is required, Defendant denies all allegations in ¶ 10 of the Complaint.

## V. CAUSES OF ACTION

### COUNT I

11.

Defendant incorporates its responses to preceding paragraphs 1-10 as if fully stated herein.

12.

Defendant lacks sufficient knowledge to either admit or deny the allegations of ¶ 12 of Plaintiff's Complaint. To the extent a response is required, Defendant denies all allegations in ¶ 12 of the Complaint.

13.

Defendant denies each and every allegation of ¶ 13 of Plaintiff's Complaint.

14.

Defendant denies each and every allegation of ¶ 14 of Plaintiff's Complaint.

15.

Defendant denies each and every allegation of ¶ 15 of Plaintiff's Complaint.

16.

Defendant denies each and every allegation of ¶ 16 of Plaintiff's Complaint.

17.

Defendant denies each and every allegation of ¶ 17 of Plaintiff's Complaint.

18.

Defendant denies each and every allegation of ¶ 18 of Plaintiff's Complaint.

19.

Defendant denies each and every allegation of ¶ 19 of Plaintiff's Complaint.

20.

Defendant denies each and every allegation of ¶ 20 of Plaintiff's Complaint.

21.

Defendant denies each and every allegation of ¶ 21 of Plaintiff's Complaint.

22.

Defendant denies each and every allegation of ¶ 22 of Plaintiff's Complaint.

23.

Defendant denies each and every allegation of ¶ 23 of Plaintiff's Complaint.

24.

Defendant denies each and every allegation of ¶ 24 of Plaintiff's Complaint.

25.

Admitted.

26.

Admitted.

27.

Defendant denies each and every allegation of ¶ 27 of Plaintiff's Complaint.

28.

Defendant denies each and every allegation of ¶ 28 of Plaintiff's Complaint.

29.

Defendant denies each and every allegation of ¶ 29 of Plaintiff's Complaint.

30.

Defendant denies each and every allegation of ¶ 30 of Plaintiff's Complaint.

31.

Defendant denies each and every allegation of ¶ 31 of Plaintiff's Complaint.

32.

Defendant denies that this is an exceptional case and that Plaintiff should be granted attorneys' fees and expenses.

## GENERAL DENIAL

Except as expressly admitted herein, Invitation Consultants, Inc. denies each and every allegation contained in Plaintiff's Complaint.

## DEFENSES

Pursuant to Federal Rule of Civil Procedure 8(c), and without assuming any burden that it would not otherwise bear, and reserving its right to assert additional defenses, Defendant asserts the following defenses to Plaintiff's Complaint:

### FIRST DEFENSE
### (Exhaustion by License)

1. Plaintiff's claims are barred by the doctrine of exhaustion by license. The Complaint identifies only a single Accused Product, the "Infringing Services." Plaintiff's ability to assert the '070 Patent against any sale from Infringing Services is exhausted.

### SECOND DEFENSE
### (Failure to State a Claim)

2. Plaintiff's Complaint fails to state a claim upon which relief can be granted against Defendant.

### THIRD DEFENSE
### (Noninfringement)

3. Defendant has not infringed and does not infringe the '070 Patent, either directly or indirectly, literally, by inducement, or under the doctrine of equivalents.

**FOURTH DEFENSE**
**(Invalidity)**

4. The '070 Patent is invalid for failure to satisfy the conditions of patentability as specified under one or more sections of Title 35 of the United States Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103, or 112.

**FIFTH DEFENSE**
**(Prosecution History Estoppel)**

5. Plaintiff is estopped by reason of prosecution history estoppel from asserting infringement of the '070 Patent under the doctrine of equivalents.

**SIXTH DEFENSE**
**(Laches or Prosecution Laches)**

6. Plaintiff's claims are barred in whole or in part by the doctrine of laches or the doctrine of prosecution laches.

**SEVENTH DEFENSE**
**(Waiver)**

7. Plaintiff's claims are barred in whole or in part by waiver.

**EIGHTH DEFENSE**
**(Estoppel)**

8. Plaintiff's claims are barred in whole or in part by estoppel.

**NINTH DEFENSE**
**(Adequate Remedy at Law)**

9. Plaintiff is not entitled to injunctive relief because any alleged injury to the Plaintiff is not immediate, irreparable, and Plaintiff has an adequate remedy at law.

**TENTH DEFENSE**
**(Limitations on Damages)**

10. Plaintiff's claims for damages against Defendant, if any, statutorily limited by 35 U.S.C. § 287.

**ELEVENTH DEFENSE**
**(Costs Barred)**

11. Plaintiff is barred from recovering costs in connection with this action under 35 U.S.C. § 288.

**TWELFTH DEFENSE**
**(Lack of Standing)**

12. Plaintiff does not have standing to bring an action for infringement of the '070 Patent under the Patent laws of the United States.

**THIRTEENTH DEFENSE**
**(No Exceptional Case)**

13. Plaintiff cannot prove that this is an exceptional case justifying an award of attorneys fees against Invitation Consultants, Inc. pursuant to 35 U.S.C. § 285.

14. Invitation Consultants, Inc. reserves any and all rights to amend its Answer and Defenses to Plaintiff's Complaint to add additional defenses as they become apparent.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Invitation Consultants, Inc. respectfully requests judgment in its favor and against Plaintiff as follows:

(i) Plaintiff recovers nothing and its Complaint be dismissed with prejudice;

(ii) The Court deny any injunctive relief in favor of Plaintiff and against Defendant;

(iii) The Court declare that Defendant has not and does not infringe directly or indirectly, by inducement or contribution, or under the doctrine of equivalents, any claim of the '070 Patent;

(iv) The Court declare and order that the '070 Patent is invalid;

(v) The Court find this case to be exceptional pursuant to 35 U.S.C. § 285 and award Defendant its reasonable attorneys' fees in this action;

(vi) All costs be taxed against Plaintiff, and

(vii) Defendant be granted such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Invitation Consultants, Inc. hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Procedure on all issues so triable.

This 12th day of January, 2016.

*/s/ Todd M. LaDouceur*
TODD M. LADOUCEUR
Florida Bar No.: 064051

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, P.L.C.
118 East Garden Street
Pensacola, FL 32502
Phone: 850-436-7000
Fax: 850-436-7099
tmlgaservice@gallowayjohnson.com
*Attorneys for Defendant Invitation Consultants, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INVITATION CONSULTANTS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NO.: 8:15-CV-02750-VMC-MAP<br><br>MDL NO.: 2690 |

## CASE CAPTIONS

| | Case Caption | District Court and Division | Civil Action Number |
|---|---|---|---|
| 1. | High Quality Printing Inventions, LLC v. Digital Room, Inc. d/b/a PrintRunner.com, Next Day Flyers, Uprinting.com, YouPrint.com, and PrintsMadeEasy.com | Central District of California, Western Division | 2:15-cv-09170-JAK-MRW |
| 2. | High Quality Printing Inventions, LLC v. Avery Products Corporation | Central District of California, Southern Division | 8:15-cv-01982-GW-AGR |
| 3. | High Quality Printing Inventions, LLC v. PsPrint | Northern District of California, San Francisco Division | 3:15-cv-05443-JD |
| 4. | High Quality Printing Inventions, LLC v. Shutterfly, Inc. | Northern District of California, San Jose Division | 5:15-cv-05437-EJD |
| 5. | High Quality Printing Inventions, LLC v. Zazzle, Inc. | Northern District of California, Oakland Division | 4:15-cv-05438-PJH |
| 6. | High Quality Printing Inventions, LLC v. Minted, LLC | Northern District of California, San Francisco Division | 3:15-cv-05440-RS |
| 7. | High Quality Printing Inventions, LLC v. FineStationery.com | District of Delaware, Wilmington Division | 1:15-cv-01092-RGA |

| | Case Caption | District Court and Division | Civil Action Number |
|---|---|---|---|
| 8. | High Quality Printing Inventions, LLC v. Invitation Consultants, Inc. | Middle District of Florida, Tampa Division | 8:15-cv-02750-VMC-MAP |
| 9. | High Quality Printing Inventions, LLC v. Office Depot, Inc. | Southern District of Florida, West Palm Beach Division | 9:15-cv-81608-JIC |
| 10. | High Quality Printing Inventions, LLC v. Worldwide Tickets and Labels, Inc. | Southern District of Florida, West Palm Beach Division | 9:15-cv-81609-WPD |
| 11. | High Quality Printing Inventions, LLC v. Staples, Inc. | Northern District of Georgia, Atlanta Division | 1:15-cv-04117-ELR |
| 12. | High Quality Printing Inventions, LLC v. Master Marketing International, Inc. d/b/a MagnetStreet | Northern District of Illinois, Chicago Division | 1:15-cv-10612 |
| 13. | High Quality Printing Inventions, LLC v. Barton Cotton Affinity Group, LLC d/b/a Holiday Card Center | District of Maryland, Baltimore Division | 1:15-cv-03604-MJG |
| 14. | High Quality Printing Inventions, LLC v. Cimpress USA Incorporated d/b/a Vistaprint | District of Massachusetts, Boston Division | 1:15-cv-13962-RGS |
| 15. | High Quality Printing Inventions, LLC v. Bay State Envelope, Inc. | District of Massachusetts, Boston Division | 1:15-cv-13961-FDS |
| 16. | High Quality Printing Inventions, LLC v. Posty Cards, Inc. | Western District of Missouri, Kansas City Division | 4:15-cv-00943-BP |
| 17. | High Quality Printing Inventions, LLC v. Great FX Business Cards, LLC | Western District of Missouri, Springfield Division | 6:15-cv-03510-S-MDH |
| 18. | High Quality Printing Inventions, LLC v. PrintingForLess.com, Inc. | District of Montana, Billings Division | 1:15-cv-00122-SPW |
| 19. | High Quality Printing Inventions, LLC v. OvernightPrints, Inc. | District of Nevada, Las Vegas Division | 2:15-cv-02234-GMN-VCF |
| 20. | High Quality Printing Inventions, LLC v. Prudent Publishing Co., Inc. d/b/a The Gallery Collection | District of New Jersey, Newark Division | 2:15-cv-08343-SRC-CLW |
| 21. | High Quality Printing Inventions, LLC v. AllBusinessCards.com | District of New Jersey, Newark Division | 2:15-cv-08344-SRC-CLW |

| | Case Caption | District Court and Division | Civil Action Number |
|---|---|---|---|
| 22. | High Quality Printing Inventions, LLC v. Cardstore, Inc. | Northern District of Ohio, Cleveland Division | 1:15-cv-02417-JG |
| 23. | High Quality Printing Inventions, LLC v. Angstrom Graphics Inc. Midwest | Northern District of Ohio, Cleveland Division | 1:15-cv-02418-CAB |
| 24. | High Quality Printing Inventions, LLC v. Cardphile, Inc. | District of Oregon, Portland Division | 3:15-cv-02220-SI |
| 25. | High Quality Printing Inventions, LLC v. Moo, Inc. | District of Rhode Island, Providence Division | 1:15-cv-00500-S-LDA |
| 26. | High Quality Printing Inventions, LLC v. Printograph, Inc. d/b/a GotPrint | Northern District of Texas, Dallas Division | 3:15-cv-03795-M |
| 27. | High Quality Printing Inventions, LLC v. Safeguard Business Systems, Inc. | Northern District of Texas, Dallas Division | 3:15-cv-03796-N |
| 28. | High Quality Printing Inventions, LLC v. Luxe Cards, LLC d/b/a Purple Trail | Western District of Washington, Seattle Division | 2:15-cv-01858-JLR |
| 29. | High Quality Printing Inventions, LLC v. Simply To Impress LLC | Eastern District of Wisconsin, Green Bay Division | 1:15-cv-01407-WCG |
| 30. | High Quality Printing Inventions, LLC v. Deluxe Small Business Sales, Inc. | District of Minnesota, Third Division | 0:15-cv-04253-DWF-JJK |
| 31. | High Quality Printing Inventions, LLC v. Hallmark Business Connections, Inc. | District of Minnesota, Fourth Division | 0:15-cv-04255-JNE-BRT |
| 32. | High Quality Printing Inventions, LLC v. 123Print, Inc., CardsDirect, Inc. also d/b/a Brookhollow Cards, Everglades Direct, Inc. d/b/a HRdirect, PaperDirect, Inc., Pear Tree Greetings, Inc., and Thayer Publishing, Inc. d/b/a Cordial Greetings | District of Minnesota, Fourth Division | 0:15-cv-04256-DWF-HB |

This 12th day of January, 2016.

*/s/ Todd M. LaDouceur*
TODD M. LADOUCEUR
Florida Bar No.: 064051

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, P.L.C.
118 East Garden Street
Pensacola, FL 32502
Phone: 850-436-7000
Fax: 850-436-7099
tmlgaservice@gallowayjohnson.com
*Attorneys for Defendant Invitation Consultants, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INVITATION CONSULTANTS, INC.,<br><br>Defendant. | ) | CIVIL ACTION FILE<br>NO.: 8:15-CV-02750-VMC-MAP<br><br>MDL NO.: 2690 |

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Answer of Defendant Invitation Consultants, Inc.* was served by regular U.S. mail, postage prepaid, this 12th day of January, 2016 on the following, and a copy was filed electronically with the Court's ECMF online filing system:

| | |
|---|---|
| Digital Room, Inc.<br>Registered Agent: Adam Berger<br>8000 Haskell Ave.<br>Van Nuys, CA 91406 | Avery Products Corporation<br>Registered Agent: Corporation Service Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| PsPrint<br>2861 Mandela Parkway<br>Oakland, CA 94608 | Shutterfly, Inc.<br>Registered Agent: Corporation Service Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| Zazzle, Inc.<br>Registered Agent: Melanie A. Sherk<br>1800 Seaport Blvd.<br>Redwood City, CA 94063 | Wasif Qureshi<br>Fish & Richardson<br>1221 McKinney St., Ste. 2800<br>Houston, TX 77010<br>qureshi@fr.com<br><br>*Counsel for Minted, LLC* |

<table>
<tr><td>FineStationery.com<br>1313 North Market St., Suite 303<br>Wilmington, DE 19801</td><td>Ted Hamilton<br>Wetherington Hamilton PA<br>1010 N. Florida Ave.<br>Tampa, FL 33602<br>Tedh@whpa-law.com<br><br>Counsel for Invitation Consultants, Inc.</td></tr>
<tr><td>Staples, Inc.<br>Registered Agent: Corporation Process Company<br>2180 Satellite Blvd., Suite 400<br>Gwinnett, Duluth, GA 30097</td><td>Michael Mazza<br>Michael P. Mazza LLC<br>686 Crescent Blvd.<br>Glen Ellyn, IL 60137<br>mazza@mazzallc.com<br><br>Counsel for Master Marketing International, Inc.</td></tr>
<tr><td>Office Depot, Inc.<br>Registered Agent: Corporate Creations Network Inc.<br>11380 Prosperity Farms Road #221E<br>Palm Beach Gardens, FL 33410</td><td>Worldwide Tickets and Labels, Inc.<br>Registered Agent: Erik Covitz<br>3606 Quantum Blvd.<br>Boynton Beach, FL 33426</td></tr>
<tr><td>Barton Cotton Affinity Group, LLC<br>Registered Agent: The Corporation Trust Incorporated<br>351 West Camden St.<br>Baltimore, MD 21201</td><td>Cimpress USA Incorporated<br>Registered Agent: Lawrence Gold<br>275 Wyman Street<br>Waltham, MA 02451</td></tr>
<tr><td>Bay State Envelope, Inc.<br>Registered Agent: Eric J. Skogseth<br>440 Chauncy St.<br>Mansfield, MA 02048</td><td>Deluxe Small Business Sales, Inc.<br>2345 Rice Street, Suite 230<br>Roseville, MN 55113</td></tr>
<tr><td rowspan="2">Thomas Mahlum<br>Robins Kaplan LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>tmahlum@robinskaplan.com<br><br>Counsel for 123Print, Inc., CardsDirect Inc., Everglades Direct, Inc., PaperDirect, Inc., Pear Tree Greetings, Inc., and Thayer Publishing, Inc.</td><td>Katherine Moerke<br>Stinson Leonard Street LLP<br>150 South Fifth St., Ste. 2300<br>Minneapolis, MN 55402<br>katie.moerke@stinson.com</td></tr>
<tr><td>Moo, Inc.<br>Registered Agent: CT Corporation System<br>450 Veterans Memorial Parkway, Suite 7A<br>East Providence, RI 02914</td></tr>
<tr><td>Posty Cards, Inc.<br>Registered Agent: Lance H. Jessee<br>1600 Olive St.<br>Kansas City, MO 64127</td><td>Great FX Business Cards, LLC<br>Registered Agent: Chris Brunner<br>4832 S. Crescent Ave.<br>Springfield, MO 65804</td></tr>
</table>

| | |
|---|---|
| PrintingForLess.com, Inc.<br>Registered Agent: Andrew Field<br>100 PFL Way<br>Livingston, MT 59047 | OvernightPrints, Inc.<br>6345 S. Jones Blvd., Suite 300<br>Las Vegas, NV 89118 |
| Prudent Publishing Co., Inc.<br>Registered Agent: Alan M. Solow<br>65 Challenger Road<br>Ridgefield Park, NJ 07660 | AllBusinessCards.com<br>7402 Bayshore Dr.<br>Margate City, NJ 08402 |
| Jim Hultquist<br>Reed Smith<br>10 South Wacker Dr., 40th Fl.<br>Chicago, IL 60606<br>jhultquist@reedsmith.com<br><br>*Counsel for Cardstore, Inc.* | Angstrom Graphics Inc. Midwest<br>Registered Agent: Timothy A. Gailey<br>4437 E. 49th Street<br>Cleveland, OH 44125 |
| Lloyd Pollard<br>Ganz Pollard LLC<br>163 SE 2nd Ave.<br>PO Box 2200<br>Hillsboro, OR 97123<br>lloyd@ganzlaw.com<br><br>*Counsel for Cardphile, Inc.* | Luxe Cards, LLC<br>Registered Agent: Northwest Registered Agent, LLC<br>906 W. 2nd Ave., Suite 100<br>Spokane, WA 99201<br><br>Simply To Impress LLC<br>Registered Agent: Brian James Hasse<br>W3115 Kortney Lane<br>Seymour, WI 54165 |
| Printograph, Inc.<br>Registered Agent: Sonik Artounian<br>1001 Nolen Drive, Suite 100<br>Grapevine, TX 76051 | Safeguard Business Systems, Inc.<br>Registered Agent: Corporation Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701 |

*/s/ Todd M. LaDouceur*
TODD M. LADOUCEUR
Florida Bar No.: 064051

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, P.L.C.
118 East Garden Street
Pensacola, FL 32502
Phone: 850-436-7000
Fax: 850-436-7099
tmlgaservice@gallowayjohnson.com
*Attorneys for Defendant Invitation Consultants, Inc.*